UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:17-cr-00060-DBH-1 |
| | ) | |
| ALI RATIB DAHAM | ) | |

ORDER

The defendant wants to seek compassionate release. ECF No. 178. I provisionally **GRANT** his accompanying pro se motion for appointment of counsel. Counsel shall file an appropriate financial affidavit by December 31, 2020.

On June 18, 2018, I sentenced the defendant to three years in prison for conspiracy to defraud the United States, money laundering, and theft of government funds. ECDF No. 163. He is now incarcerated at FCI Fort Dix. He says that he has served 75% of his sentence.

I also sentenced his younger brother for his involvement in the fraud. After the younger brother's release from prison and while he was on supervised release, the younger brother killed himself this summer with a revolver during a drunken party. ECF No. 177. The defendant says that with his brother's death there is no one to care for his elderly parents and his wife and attend to their health care needs, especially acute during the coronavirus crisis.

I cannot tell whether the defendant has made this request to the Warden at Fort Dix. He says he speaks little English, has no knowledge of the law and requests an Arabic translator. I do know that he had an interpreter at sentencing.

I will leave it to the appointed lawyer to determine whether he/she needs an interpreter in representing the defendant and to request authorization for such services, and also to ensure that

the necessary request of the Warden is made in order to proceed in court (or to obtain relief from BOP).

**SO ORDERED.**

**DATED THIS 23RD DAY OF NOVEMBER, 2020.**

<div style="text-align:right">

**/S/ D. BROCK HORNBY**
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

</div>